**975-15**

# ELECTRONIC RECORD

COA # 14-14-00523-CR                         OFFENSE: Failure to Register as a Sex Offender

STYLE: Craig Anthony Gilder v The State of Texas        COUNTY: Harris

COA DISPOSITION: Affirmed                    TRIAL COURT: 177th District Court

DATE: June 25, 2015   Publish: Yes           TC CASE #:1388541

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Craig Anthony Gilder v The State of Texas

CCA # _____

___*APPELLANT'S*___   Petition        CCA Disposition: __**975-15**__
FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

___*REFUSED*___                        JUDGE: _____

DATE: __11/04/2015__                   SIGNED: _____   PC: _____

JUDGE: __Per Curiam__                  PUBLISH: _____   DNP: _____

-------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**